In the Matter of the Claim of GEORGE SCHAPPERLE, Respondent, against A. LA SALA & BROS., INC., et al., Respondents, and CONSOLIDATED MASON, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by Consolidated Mason, Inc., an employer, and (American) Lumbermen's Mutual Casualty Company of Illinois, carrier, from an award providing compensation to claimant and charging the award equally against the appellant insurance carrier and the State Insurance Fund, as insurer of A. La Sala & Bros., Inc., another employer. The award covers a period from May 16, 1938, to August 8, 1942, and the case has been continued. The Industrial Board found that claimant sustained two accidents, one while an employee of A. La Sala & Bros., Inc., and another while an employee of the Consolidated Mason, Inc. The Board also found that both accidents contributed to the disability found during the period covered by the award. There is substantial evidence to sustain these findings. Award affirmed, with costs to the State Insurance Board. All concur.

In the Matter of the Claim of JOSEPH LAMBIASE, Respondent, against MUTUAL LIFE INSURANCE COMPANY et al., Appellants, and 521 LEXINGTON AVENUE CORPORATION et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal by an alleged employer and insurance carrier from an award of compensation. The claimant was not injured upon the premises of the appellant. He was injured upon the premises belonging to a corporation known as 521 Lexington Avenue Corporation. The award should be reversed and the matter remitted to the Board for consideration of the liability of the last-mentioned corporation. Award reversed, without costs, and matter remitted to the State Industrial Board. All concur.

In the Matter of the Claim of LUCY BROOKS, Respondent, against ELLIOTT BATES, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits to the widow of a deceased employee. Appellant asserts that causal relation between the employment and death was not shown. The proof sustains the determination. Award affirmed, with costs to the State Industrial Board. All concur.